## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

In the Matter of **Joseph J. Leblanc,**
A Member of the Bar of the                                    Case No. 1:25-mc-005
United States District Court
For the District of North Dakota

### ORDER TO SHOW CAUSE

The Minnesota Supreme Court issued an Order entered on July 17, 2025, transferring Joseph H. Leblanc to disability inactive status effective as of July 17, 2025, and staying the pending disciplinary investigations until such time as Joseph J. Leblanc petitions for reinstatement to the active practice of law in Minnesota.  Joseph J. Leblanc is a member of the Bar of the United States District Court for the District of North Dakota, and is currently plaintiff's counsel in Williams v. GTL Management, LLC, case no. 3:24-cv-027 (2024).

IT IS ORDERED, pursuant to D.N.D. Gen. L. R. 1.3(H)(1) and (2), that Joseph J. Leblanc show cause within thirty (30) days from this date why he should not be indefinitely suspended from practice before this Court, pending the outcome of the state of Minnesota's stayed disciplinary proceedings.  A personal appearance and formal proceeding may be waived by the filing of an affidavit by Joseph J. Leblanc consenting to the indefinite suspension of his admission to the Bar of this Court to coincide with the order of the Minnesota Supreme Court.

Dated this 5th day of August, 2025.

 /s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court